# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0635
_____

KELVIN D. HARRIS,

   Appellant,

   v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

June 17, 2024

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kelvin D. Harris, pro se.

Ashley Moody, Attorney General, and Juanita Villalpando, Assistant Attorney General, Tallahassee, for Appellee.